**Order entered October 3, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-19-00650-CV**

**SARAH BUCKLEW, Appellant**

**V.**

**THE BANK OF NEW YORK MELLON, AS TRUSTEE FOR CIT FOR CIT HOME EQUITY LOAN TRUST 2003-1, Appellee**

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-19-01018-C**

## ORDER

The reporter's record in this case is overdue. After we notified appellant the reporter's record had not been filed because appellant had not requested the record, on September 26, 2019 appellant requested the reporter's record be prepared. Because our records indicate appellant is entitled to proceed without payment of costs, we **ORDER** the reporter's record to be filed by **October 26, 2019**.

Further, the Court is in receipt of appellant's September 30, 2019, October 1, 2019, and October 2, 2019 letters to Justice Whitehill complaining about the Court's order regarding the record in this case, as well as other various complaints regarding her case. We caution appellant

that it is improper to communicate with Justices on this Court regarding a case.  *See* TEX. R. APP. P. 9.6.  All communications regarding this case should be directed to the Clerk of the Court.  *Id.*

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE